AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>AUSTIN ALLEN BURNS<br><br>*Defendant(s)* | Case No. 14-MJ-7020 |

FILED
AUG 11 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 27, 2014 and after  in the county of  Champaign  in the
Central  District of  Illinois  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor |
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

s/Eric V. Bowers

X _____
*Complainant's signature*

ERIC V. BOWERS, Special Agent ICE/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

s/David G. Bernthal

_____
*Judge's signature*

Date:  08/11/2014

City and state:  Urbana, Illinois

David G. Bernthal, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT FOR ARREST WARRANT

I, Eric Bowers, being duly sworn, depose and state the following:

1.  I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Resident Agent in Charge in Springfield, Illinois. I have been so employed since December 2006. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been the affiant of over 50 search warrants, and I have also participated in the execution of numerous search warrants, which involved child exploitation and/or child pornography offenses.[1]

2.  This affidavit is made in support of a criminal complaint and arrest warrant for AUSTIN ALLAN BURNS (hereafter "BURNS").

---

[1] The Seventh Circuit Court of Appeals made arguably adverse credibility findings regarding this witness in *United States v. Slaight,* 620 F.3d 816 (2010). To the extent that the opinion reflects on the testimonial credibility of the agent, the United States respectfully disagrees. The United States further notes that, in the underlying district court case, the district court found the affiant's testimony credible and there was no finding by the *Slaight* Court that the district court's credibility finding was clearly erroneous.

3.      I am familiar with the information contained in this affidavit based upon the investigation I have personally conducted and based on my conversations with other law enforcement officers involved in this investigation.

4.      Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that BURNS violated Title 18 United States Code, Sections 2422 (Enticement of a Minor) and 2251 (Sexual Exploitation of a Minor) in Champaign County in the Central District of Illinois and elsewhere.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## PROBABLE CAUSE

5.      On June 27, 2014, Champaign, Illinois, Police Department (CPD) Officer Cully Schweska received a report from an adult male, Jason W., concerning the indecent solicitation of his 13 year old daughter, hereinafter Minor Victim 1 (MV1).  Jason confirmed that MV1 resides with him at a residence in Champaign County in the Central District of Illinois.

6.      Jason advised Officer Schweska that he was making the report to the police because earlier that day he had been contacted by a friend of MV1 who told him that MV1 had fallen in love with a 19 year old man and that this man had tricked his daughter into sending nude photographs of herself.  Jason also learned that the man was now blackmailing his daughter with those photographs.

7. Jason told Officer Schweska that he had confiscated MV1's phone, an iPhone 4S, to look for evidence of this individual. Jason advised the reporting officer that he had purchased the cell phone and that he pays the monthly service bill.

8. Jason reported that he observed several text messages between MV1 and "Austin" (phone number 605-968-5154) which contained nude photographs of MV1's breasts and genitals. Jason stated some of these photographs showed MV1 penetrating her vagina with her fingers. Jason stated that he also observed a video that MV1 had sent to "austinburns1234@gmail.com" on June 10, 2014, which showed MV1 masturbating.

9. Jason stated that he searched Facebook for "Austin BURNS" and located a Facebook User ID (austin.burns.7921) for Austin BURNS in Rapid City, South Dakota. BURNS' profile indicated that he was 19 years old. MV1 confirmed that BURNS' phone number was 605-968-5154 and that she believed him to be a 19 year old male from Rapid City, South Dakota. Jason also conducted an internet search for area code 605 and observed that it was an area code for South Dakota.

10. Jason gave the iPhone 4S to Officer Schweska and gave him verbal authorization to examine the phone. Officer Schweska examined portions of the text messages on the phone and observed sexually explicit conversations between BURNS and MV1. Officer Schweska observed messages which showed that MV1 had told BURNS that she was only 13 years old and that she only wanted to be friends with him.

11. Officer Schweska also observed messages which were sent through Kik Messenger, a cell phone application. In these messages BURNS makes repeated threats

that he will post previously sent nude picture messages online if MV1 does not continue sending nude picture messages of herself to him. MV1 continued to send the sexually explicit content while requesting that BURNS leave her alone, however, BURNS continued to threaten her by stating that he will posting nude photographs of her. Officer Schweska observed that BURNS screen name on Kik Messenger was "EMO KID".

12. Officer Schweska requested to seize MV1's phone for evidentiary purposes to which Jason agreed. Jason subsequently signed a Consent to Seize and Examine Electronic Data Equipment. The phone and the consent form were placed into CPD evidence.

13. On or about July 2, 2014, CPD Detective Patrick Simons conducted a forensic examination of the iPhone 4S which was voluntarily seized from Jason W. on June 27, 2014.

14. Detective Simons observed Kik Messenger communications which supported the initial report that a subject with the user name "burnzybaby" communicated with the cell phone with the user name "kelacuppycake". The username on a KIK account cannot be changed by a user. The user name "burnzybaby" had the displayed screen name of "EMO KID." A screen name can be changed in KIK by the user. KIK messenger will only recognize the user name for legal and account purposes.

15. Detective Simons located a string of conversation that indicated that the user "burnzybaby" knew that MV1 (kelacuppycake) was 13 years old:

4

06/27/2014 07:12:33 CDT    **burnzybaby** Find a guy to give a blowjob to

06/27/2014 07:12:50 CDT    **kelacuppycake** Strips us of any clothing. W-wait what?

06/27/2014 07:13:06 CDT    **burnzybaby** U heard me

06/27/2014 07:13:41 CDT    **kelacuppycake** H-how am i s-supposed to do tht? I-im 13

06/27/2014 07:13:57 CDT    **burnzybaby** IDC find one

06/27/2014 07:14:56 CDT    **kelacuppycake** O-okay i w-will but thts gonna take awhile

06/27/2014 07:15:18 CDT    **burnzybaby** Nope u got 20 mins

16. The user "burnzybaby" demanded images and videos of MV1 masturbating herself. The user "burnzybaby" continued to threaten MV1 with disclosure of the images that he already possessed unless she generated more images.

17. On June 27, 2014, at 10:10:20 CDT the user "burnzybaby" asked "Got something to shove in there?" The user "burnzybaby" demanded that MV1 use a hairbrush or pen. MV1 advised that she located a pen and the user burnzybaby demanded images of the pen inside MV1's vagina. An image of a pen that is partially inserted into a vagina was the last image sent to the user "burnzybaby".

18. Detective Simons located four incoming calls from the contact labeled "Austin" with the phone number 605-968-5154.

19. On July 25, 2014, Detective Simons retrieved the iPhone from evidence and continued his examination. He located images associated with the user "burnzybaby" on the device. The images were copied so that they could be used for identification during the interview with MV1.

20. Detective Simons also located the video that was attached to an email sent to email account "austinburns @ gmail.com" on June 10, 2014 at 8:39 am. The video is approximately 30 seconds long and shows the masturbation of a vagina with a hand. The video resides in the email application and would require saving the video to the device. The iPhone was resealed and submitted into evidence.

21. On July 25, 2014, Detective Simons attended an interview at the Child Advocacy Center that was conducted by Forensic Interviewer Mary Bunyard. Written consent was obtained from Jason W. for audio and video recording of the interview with MV1.

22. The following information was provided by MV1 during the interview. Around the beginning of June 2014, MV1 met a subject online who identified himself as Austin BURNS. MV1 was on the social media application "Whisper" at the time. MV1 stated that from the beginning of their conversation, BURNS knew that she was 13 years old.

23. MV1 communicated with BURNS, whom she later identified as having the username "burnzybaby", almost every day. BURNS expressed that he liked MV1 and would pressure her to send images of herself with her clothes off. MV1 advised that BURNS began to "blackmail" her. MV1 was threatened by BURNS that if she did not provide new images of herself that he would post online the images of her which he already had. She further elaborated that the last self-images that she took and sent to BURNS were taken while she was crying because she did not want to take or provide

the images.  MV1 stated that she was also forced to grab her breasts and "finger" herself (masturbate her vagina).

24.     MV1 advised that she did speak with BURNS over the phone and iMessage but most of the conversation occurred over KIK as the messenger application showed when a message was read by the recipient.

25.     MV1 advised that BURNS sent approximately ten images of his erect penis and advised that he was "turned on."  BURNS would then request to have sexual messages (sexting) with MV1.  This would be accomplished by MV1 describing herself undressing and describing how she would give BURNS oral sex.

26.     MV1 was shown the images from the KIK account associated with the user name "burnzybaby", which were located by Detective Simons on the iPhone.  The first sheet has two images of "burnzybaby" taking a "selfie" in the mirror and two images of tattoos.  MV1 identified these images as belonging to the user "burnzybaby" account.

27.     The second sheet showed the avatar image of the "EMO KID" as well as images of knives and a tattoo on a left hand. MV1 explained that BURNS indicated that he had a knife collection just like her dad.

28.     MV1 disclosed that she did send two videos of her "fingering" herself to BURNS.  BURNS also asked her to video herself penetrating her vagina with an ink pen. She placed the pen near the opening of vagina and took an image so it appeared that pen was inside of her. She further advised that on other occasions BURNS would attempt to have her kiss her friend but she declined.

7

29. MV1 stated that while she was being blackmailed, she didn't know how she was going to live with this and she was ashamed. She contemplated suicide but BURNS advised that he would still post the images for everyone to see. MV1 has obtained counseling since this incident.

30. Detective Simons conducted various open source searches for Austin BURNS. A YouTube channel for the email account "austinBURNS1234@gmail.com" was located. Detective Simons also located a Facebook page for Austin F. BURNS (Facebook ID austin.BURNS.7921). Detective Simons noted that the profile photo for this Facebook account resembled the KIK avatar image used for the username "burnzybaby".

31. Detective Simons queried a law enforcement database for any subjects named Austin BURNS from South Dakota. One subject named Austin Allen BURNS (DOB ███████) was located. A National Crime Information Center (NCIC) records check was conducted and a record was located which showed that Austin Allan BURNS (DOB ███████) was convicted in South Dakota for Sexual Exploitation of a Minor and is currently a registered sex offender.

32. Detective Simons located the South Dakota Sex Offender Registry online and observed the following record for Austin BURNS:

Austin Allan BURNS
Male, White, DOB ███████
5'10, 190 lbs, brown hair, green eyes

Date of Conviction – 05/06/14
Subject convicted of Sexual Exploitation of a Minor involving a 14 year old girl.

Residence: ███████████████ Huron, SD 57350

Registering Agency: Huron Police Department, Huron, SD.

33.     Detective Simons noted that the photo of BURNS shown on the sex offender website resembled both the profile photo for Facebook account "austin.burns.7921" and the KIK avatar images for username "burnzybaby".

34.     Detective Simons contacted the Huron Police Department. Officer Nathan Benjamin advised Detective Simons that BURNS had solicited sexual acts from juveniles using an electronic device. BURNS was convicted in May 2014 and was currently on probation for his actions. Officer Benjamin provided Detective Simons with a copy of the initial offense summary and a copy of BURNS' most recent sex offender registration, which was dated July 22, 2014.

35.     BURNS' sex offender registration showed that he is on probation from May 6, 2014, through May 6, 2016. His current address is listed as ███████████████, Huron, SD 57350. The "Date of Residence" is listed as May 7, 2014. BURNS' cell phone number is listed as 605-968-5154, which is the same number that was used to contact MV1. One of BURNS' internet user names is listed as "vikings1324@hotmail.com".

36.     On July 31, 2014, Huron Police Officer Nathan Benjamin and Court Service Officer Steve Butler conducted a home visit of BURNS' residence at ██████ ███████████████, Huron, SD. Officer Benjamin observed that BURNS had a Sony PlayStation 3 hooked up to his television. BURNS also had a cable / internet modem that appeared to be powered on. BURNS advised that MidContinent Communications is his Internet Service Provider. BURNS stated that he played online games with his

9

friends. Officer Butler observed several large knives in Burn's residence and advised him that he needed to remove the knives and store them at his mother's residence.

37. On August 1, 2014, in response to a DHS Summons, KIK Interactive provided the following information regarding user name "burnzybaby": First / Last Name – EMO KID; Email – vikings1324@hotmail.com. IP history logs were also provided. These logs showed that from June 30, 2014, to August 1, 2014, the KIK user "burnzybaby" was accessed multiple times on 24 separate days from IP address 24.230.070.252.

38. IP address 24.230.070.252 was determined to be registered to MidContinent Communications, Sioux Falls, SD. In response to a DHS Summons, MidContinent Communications provided records which showed that this IP address was leased to Austin BURNS at ▮▮▮▮▮▮▮▮▮, Huron SD, from June 10, 2014, through at least August 5, 2014, the date of the summons response.

FURTHER AFFIANT SAYETH NOT.

                                    s/Eric V. Bowers

                                    Eric V. Bowers, Special Agent
                                    Department of Homeland Security
                                    Homeland Security Investigations

Subscribed and sworn before me this 11th day of August, 2014

                                  s/David G. Bernthal

                                  David G. Bernthal, Magistrate Judge
                                  United States District Court